

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Kenneth Lashon Green,           * From the 385th District Court
                                        of Midland County,
                                        Trial Court No. CR38038.

Vs. No. 11-16-00107-CR          * June 15, 2017

The State of Texas,                 * Memorandum Opinion by Willson, J.
                                        (Panel consists of: Wright, C.J.,
                                        Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in one of the judgments below. Therefore, in accordance with this court's opinion, we modify the judgment in Count II to reflect that the sentences in Counts I and II are to be served concurrently. As modified, we affirm the judgments of the trial court.